# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:03-cr-340-T-26

JAVOL IVAN RENDON-TORRES
_____/

# **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion for a Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b) (Dkt. 227) is denied because the Government has not filed a motion for a sentencing reduction.

**DONE AND ORDERED** at Tampa, Florida, on May 24, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record